TRAINOR FAIRBROOK
DANIEL M. STEINBERG (SBN 194948)
980 Fulton Avenue
Sacramento, California 95825-4558
Telephone: (916) 929-7000
Facsimile: (916) 929-7111
mlr:4410024.934566.1

Attorneys for Defendant
JAMES R. KIDDER, TRUSTEE OF THE
JAMES R. KIDDER TRUST ESTABLISHED
APRIL 17, 1998

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL McCUNE,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES R. KIDDER, TRUSTEE of the JAMES R. KIDDER TRUST ESTABLISHED APRIL 17, 1998,<br><br>    Defendant. | Case No. 2:11-CV-01043-JAM-GGH<br><br>**ORDER FOR AN EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Complaint Filed:   April 19, 2011 |

As stipulated by and between the parties to this action through their designated counsel, Defendant JAMES R. KIDDER, TRUSTEE of the JAMES R. KIDDER TRUST ESTABLISHED APRIL 17, 1998 is granted an extension until August 1, 2011 to respond or otherwise plead reference to Plaintiff's Complaint.

**IT IS SO ORDERED** that Defendant JAMES R. KIDDER, TRUSTEE of the JAMES R. KIDDER TRUST ESTABLISHED APRIL 17, 1998's response to Plaintiff's Complaint will be due no later than August 1, 2011.

Dated: July 6, 2011

/s/ John A. Mendez

Hon. John A. Mendez
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com