1  Lynn Hubbard III, SBN 69773
2  DISABLED ADVOCACY GROUP, APLC
3  12 Williamsburg Lane
   Chico, California  95926
4  Telephone (530) 895-3252
5  Facsimile (530) 894-8244

6  Daniel M. Steinberg, SBN 194948
7  TRAINOR FAIRBROOK
8  980 Fulton Avenue
   Sacramento, California  95825
9  Telephone (916) 929-7000
10 Facsimile (916) 929-7111

11
12
13            THE UNITED STATES DISTRICT COURT
14          FOR THE EASTERN DISTRICT OF CALIFORNIA
15
16
17 Michael McCune,                    ) Case No. 2:11-cv-01043-JAM-GGH
                                      )
18        Plaintiff,                  ) **Stipulation to Extend Time to Answer**
                                      ) **and Order Thereon**
19        vs.                         )
                                      )
20 James R. Kidder, Trustee of the    )
21 James R. Kidder Trust Established  )
   April 17, 1998,                    )
22                                    )
23        Defendant.                  )
                                      )
24
25
26
27
28

*McCune v. Kidder*                                    Case No. 2:11-cv-01043-JAM-GGH
Stipulation to Extend Time to Answer and [Proposed] Order Thereon
Page 1

PDF created with pdfFactory trial version www.pdffactory.com

|   |   |
|---|---|
| 1 | **STIPULATION TO EXTEND TIME TO ANSWER** |

WHEREAS Plaintiff Michael McCune and Defendant James R. Kidder, Trustee of the James R. Kidder Trust Established April 17, 1998 are currently engaged in settlement negotiations and do not wish to waste the Court's time and resources by conducting a Status Conference.

THEREFORE the parties hereby stipulate to extend the time for Defendant James R. Kidder, Trustee of the James R. Kidder Trust Established April 17, 1998 to answer the complaint up to and including October 3, 2011.

Dated: August 18, 2011        DISABLED ADVOCACY GROUP, APLC

*/s/ Lynn Hubbard III, Esquire*
LYNN HUBBARD III
Attorney for Plaintiff

Dated: August 18, 2011        TRAINOR FAIRBROOK

*/s/ Daniel M. Steinberg, Esquire*
DANIEL M. STEINBERG
Attorney for Defendant

**ORDER**

IT IS HEREBY ORDERED that the date by which Defendant James R. Kidder, Trustee of the James R. Kidder Trust Established April 17, 1998 is to answer is extended to October 3, 2011.

Dated: 8/19/2011

/s/ John A. Mendez_____
U.S. District Judge John A. Mendez

*McCune v. Kidder*                                                                 Case No. 2:11-cv-01043-JAM-GGH
Stipulation to Extend Time to Answer and [Proposed] Order Thereon
Page 2

PDF created with pdfFactory trial version www.pdffactory.com