Lynn Hubbard III, SBN 69773
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane
Chico, California  95926
Telephone (530) 895-3252
Facsimile (530) 894-8244

Daniel M. Steinberg, SBN 194948
TRAINOR FAIRBROOK
980 Fulton Avenue
Sacramento, California  95825
Telephone (916) 929-7000
Facsimile (916) 929-7111

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael McCune,<br><br>    Plaintiff,<br><br>    vs.<br><br>James R. Kidder, Trustee of the James R. Kidder Trust Established April 17, 1998,<br><br>    Defendant. | Case No. 2:11-cv-01043-JAM-GGH<br><br>**Stipulation to Extend Time to Answer and Order Thereon** |

*McCune v. Kidder*                                                        Case No. 2:11-cv-01043-JAM-GGH
Stipulation to Extend Time to Answer and [Proposed] Order Thereon
Page 1

PDF created with pdfFactory trial version www.pdffactory.com

**STIPULATION TO EXTEND TIME TO ANSWER**

WHEREAS Plaintiff Michael McCune and Defendant James R. Kidder, Trustee of the James R. Kidder Trust Established April 17, 1998 are currently engaged in settlement negotiations and do not wish to waste the Court's time and resources by conducting a Status Conference.

THEREFORE the parties hereby stipulate to extend the time for Defendant James R. Kidder, Trustee of the James R. Kidder Trust Established April 17, 1998 to answer the complaint up to and including October 3, 2011.

Dated: August 18, 2011         DISABLED ADVOCACY GROUP, APLC

*/s/ Lynn Hubbard III, Esquire*
LYNN HUBBARD III
Attorney for Plaintiff

Dated: August 18, 2011         TRAINOR FAIRBROOK

*/s/ Daniel M. Steinberg, Esquire*
DANIEL M. STEINBERG
Attorney for Defendant

**ORDER**

IT IS HEREBY ORDERED that the date by which Defendant James R. Kidder, Trustee of the James R. Kidder Trust Established April 17, 1998 is to answer is extended to October 3, 2011.

Dated: 8/19/2011

/s/ John A. Mendez
U.S. District Judge John A. Mendez

*McCune v. Kidder*                                            Case No. 2:11-cv-01043-JAM-GGH
Stipulation to Extend Time to Answer and [Proposed] Order Thereon
Page 2

PDF created with pdfFactory trial version www.pdffactory.com